# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00112-CV

**In re David H. Disraeli**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator filed his petition for writ of mandamus on February 26, 2010. He has since filed an emergency motion to stay garnishment and motion to reduce trial court's supersedeas bond. *See* Tex. R. App. P. 52.8, 52.10. Having reviewed relator's filings, the record provided, and the real party in interest's reply, we deny the petition for writ of mandamus and overrule the emergency motion and motion to reduce bond. Relator's motion to stay, filed March 12, 2010, is dismissed.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Waldrop

Filed:   April 9, 2010